UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS LUNDY, | Case No.: 14-CV-00430-LHK |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION; GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO REMAND TO STATE COURT; AND DENYING PLAINTIFF'S REQUEST FOR FEES |
| v. | |
| BETH BRADACH, | |
| Defendant. | |

Pending before the Court is Plaintiff's *ex parte* application for an order remanding this matter to Santa Clara County Superior Court and for attorney's fees relating to Plaintiff's application. (Docket No. 6.) Defendant has filed an opposition (Docket No. 7.) On February 5, 2014, Magistrate Judge Howard R. Lloyd issued a Report and Recommendation regarding Plaintiff's application, treating it as a properly noticed motion. (Docket No. 9.) No objections to the Report and Recommendation were received. The Court has considered the Report and Recommendation and agrees with the Magistrate Judge's reasoning. Accordingly, the Court ADOPTS the Report and Recommendation and orders as follows:

1. Plaintiff's *ex parte* application to remand is GRANTED.

1

Case No.: 14-CV-00430 LHK
ORDER GRANTING *EX PARTE* APPLICATION TO REMAND TO STATE COURT AND DENYING REQUEST FOR ATTORNEY'S FEES

2. The instant action is REMANDED to the Superior Court of California, County of Santa Clara.

3. Plaintiff's request for attorney's fees is DENIED.

4. The Clerk shall close this file and terminate all pending matters.

**IT IS SO ORDERED.**

Dated: February 25, 2014



LUCY H. KOH
United States District Judge